**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KIMII VALENTINE AND<br>ROBERT CASEY, individually<br>and on behalf of all others<br>similarly situated<br>    *Plaintiffs,*<br>v.<br><br>HARRIS COUNTY AND<br>PERRY WOOTEN,<br>    *Defendants* | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | CIVIL ACTION NO. H-02-4910 |

**FINAL JUDGMENT**

On this date, the court issued its memorandum, opinion and order granting Defendant Harris County's motion for summary judgment (Doc. 104).  In accordance with that order, final judgment is hereby entered in favor of Defendant Harris County and against Plaintiffs Robert Casey, John Murphy, Calvet Shelley, Larry Smith and Joseph Williams.

**SIGNED** at Houston, Texas, this 9th day of November, 2005.


_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE